NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JOSEPH WHITE, )
)
    Appellant, )
)
v. )    Case No. 2D19-4408
)
STATE OF FLORIDA, )
)
    Appellee. )
_____ )

Opinion filed September 30, 2020.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
DeSoto County; Don T. Hall, Judge.


PER CURIAM.


    Affirmed.


CASANUEVA, KELLY, and LaROSE, JJ., Concur.